Jodi K. Swick, No. 228634
Daniella M. McDonagh, No. 353336
**McDOWELL HETHERINGTON LLP**
1999 Harrison Street, Suite 2050,
Oakland, California 94612
Telephone: 510.628.2145
Facsimile: 510.628.2146
Email: jodi.swick@mhllp.com

Michael D. Matthews, Jr., TX Bar No. 24051009
(*Pro Hac Vice* application forthcoming)
Netra Sreeprakash, TX Bar No. 24128060
(*Pro Hac Vice* application forthcoming)
Louise R. Grable, TX Bar No. 24121092
(*Pro Hac Vice* application forthcoming)
**McDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: 713.337.5580
Facsimile: 713.337.8850
Email: matt.matthews@mhllp.com
Email: netra.sreeprakash@mhllp.com
Email: louise.grable@mhllp.com

Attorneys for Defendant VIVINT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN BONDY, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVINT, INC.<br><br>Defendant. | Case No. 2:25-cv-01850<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**L.R. 16-5.7**<br><br>Complaint Served: March 13, 2025<br>Trial Date: None Set |

PLEASE TAKE NOTICE that the Parties to this action, Plaintiff Justin Bondy and Defendant Vivint, Inc., have agreed to a settlement of this matter and hereby notify the Court of settlement pursuant to Local Rule 16-15.7. The Parties jointly and respectfully request that all pending dates in this matter be extended by 45 days or taken off calendar.

The Parties will submit a Stipulation for Dismissal of this entire action with prejudice, with each party to bear its own attorney's fees and costs, within forty-five (45) days of this Notice.

Dated: April 29, 2025                    McDOWELL HETHERINGTON LLP


By: */s/ Jodi K. Swick*
    Michael D. Matthews, Jr.
    Jodi K. Swick
    Daniella M. McDonagh

Attorneys for Defendant VIVINT, INC.


Dated: April 29, 2025                    THE LAW OFFICES OF JIBRAEL S. HINDI


By: */s/ Gerald D. Lane, Jr.*
    GERALD D. LANE, JR., ESQ.

Attorney for Plaintiff JUSTIN BONDY


## FILER'S ATTESTATION

In accordance with Civil Local Rule 5-4.3.4, I, Jodi K. Swick, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.


Dated: April 29, 2025            */s/ Jodi K. Swick*
    Jodi K. Swick